BEFORE THE FIRST DIVISION, JULY 28, 1944

**No. 49645.**—Protests 60950–K, etc., of Pacific Customs Brokerage Co. (Portland, Maine).

Opinion by WALKER, J. In accordance with stipulation of counsel the protests were sustained as to certain of the dimension stock similar in all material respects to that involved in *United States* v. *Pacific Customs Brokerage Co.* (31 C. C. P. A. 102, C. A. D. 256).